Opinion issued June 4, 2013



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00093-CV

_____

**SOUTH TEXAS MEDICAL CLINICS, P.A., Appellant**

**V.**

**MARIA BARRERA, INDIVIDUALLY AND AS NEXT FRIEND OF V.B.
AND F.B., MINORS, DAVID A. BARRERA, GABRIELA BARRERA,
KARLA BARRERA AND STEFANI BARRERA, AS WRONGFUL DEATH
BENEFICIARIES OF SONIA BARRERA, Appellees**

**On Appeal from the 434th District Court
Fort Bend County, Texas
Trial Court Cause No. 12DCV198295**

## MEMORANDUM OPINION

On April 15, 2013, we granted the unopposed motion by appellant, South

Texas Medical Clinics, P.A., to abate the appeal for mediation proceedings.

Appellant has filed an unopposed motion to dismiss the appeal, stating that the parties have reached a mediated settlement of the underlying case. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate the appeal, grant appellant's motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.